UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        ECF
----------------------------------------------------------------------X
TRUSTEES OF THE UNITED WIRE METAL AND            Index:  07 CIV 6635 (LAP)
MACHINE HEALTH & WELFARE FUND, UNITED
WIRE METAL AND MACHINE PENSION FUND and
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
LOCAL UNION 810,                                 RULE 7.1

                                           Plaintiffs,

    -against-


MANHATTAN BRASS & COPPER CO. INC.,

                                           Defendant.
----------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      None.


Dated: July 12, 2007

                                                  s\ Karin Arrospide  (KA9319)
                                                  Karin Arrospide, Esq.  (KA9319)
                                                  Barnes, Iaccarino, Virginia,
                                                  Ambinder & Shepherd
                                                  258 Saw Mill River Road
                                                  Elmsford, NY  10523
                                                  (914) 592-1515