# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6635                                            Purchased/Filed: July 24, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

*Trustees of the United Wire Metal and Machine Health & Welfare Fund, et al*    Plaintiff

against

*Manhattan Brass & Copper Co., Inc.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    ss.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ July 30, 2007 ___, at __ 2:00 pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_____ Manhattan Brass & Copper Co., Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __23__   Approx. Wt: __160__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this
__1st__ day of _____ August, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4896570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0706412

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179