UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

*TRUSTEES OF UNITED WIRE METAL*
*+ MACHINE HEALTH + WELFARE FUND,*
*et al.*

        *V.*

*MANHATTAN BRASS + COPPER CO.,*
*INC*

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

*07* Civ. *6635* (LAP)(DF)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓     ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
          *AUG. 7, 2007*

_____
United States District Judge