UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRUSTEES OF THE UNITED WIRE METAL AND
MACHINE HEALTH & WELFARE FUND and
PENSION FUND and INTERNATIONAL BROTHERHOOD
OF TEAMSTERS LOCAL 810,

               Plaintiffs,

Index No.: 07-CIV-6635 (LAP)

**VOLUNTARY NOTICE OF DISMISSAL & ORDER**

-and-

MANHATTAN BRASS & COPPER CO. INC.,

               Defendant.
-----------------------------------------------------------x

RECEIVED
MAR 20 2008
DOUGLAS F. EATON
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action without prejudice.

Dated: March 23, 2008
Elmsford, New York

               By: _____
               Karin Arrospide, Esq. (KA9319)
               Attorney for Plaintiffs
               BARNES, IACCARINO, VIRGINIA,
               AMBINDER & SHEPHERD, PLLC
               258 Saw Mill River Road
               Elmsford, New York 10523
               (914) 592-1515

SO ORDERED

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
_____    April 7, 2008
Honorable Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.